IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-2495-REB-BNB

LOUIS B. BUENABENTA, JR.,

    Applicant,

v.

WARDEN NARD NEET,

    Respondent.

---

ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

    The matter before me is the Recommendation of the United States Magistrate Judge Boyd N. Boland [#12], filed on April 26, 2005. The Magistrate Judge recommends that the amended application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied without prejudice for failure to exhaust administrative remedies. I agree.

    Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The plaintiff has not filed any objections to the recommendation. Absent objections to the recommendation, the court is vested with discretion to review the recommendation under any standard the court deems to be appropriate. **See, e.g., Summers v. Utah**, 927 F.2d 1165, 1167 (10th Cir. 1991). The recommendation is detailed and well-

reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1. That the Recommendation of Magistrate Judge Boland is **APPROVED AND ADOPTED** as an order of this court; and

2. That Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#5], filed on January 5, 2005 is **DENIED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

Dated July 6, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge